LEVI A. LOCKWOOD, AS EXECUTOR, &C., Plaintiff, *against* ROSE FOX *et al.* Defendants. (Four actions.)

[SPECIAL TERM.]

(Decided November 6th, 1878.)

Equitable actions, *e.g.*, actions for the foreclosure of mortgages on real estate, could not be consolidated under the Revised Statutes or the old Code, and under the new Code the rule is the same.

MOTION to consolidate four actions for the foreclosure of mortgages on real estate.

*James A. Deering*, for motion.

*D. G. Crosby*, opposed.

JOSEPH F. DALY, J.—Before the new Code actions for the foreclosure of mortgages upon real estate could not be consolidated. (*Grant* v. *Spencer*, cited Voor. Code, 6th Ed., p. 257, *note* i.) The provisions of the Revised Statutes have uniformly been held to apply to actions at law only. (2 R.

S. 383, § 36, 2 Wait's Pr. 555.)   And since the new Code
went into operation the Supreme Court at special term has
held the rule to be the same as before.   (*Beck* v. *Ruggles,*
Daily Reg. Sept. 19th, 1878.)   The language of the new en-
actment (Code, § 817), which is nearly identical with that
of the Revised Statutes, clearly indicates that the legislature,
having the uniform practice and current of decisions under
that statute under consideration at the time of the new en-
actment, did not intend a change in the law.

Motions denied, with $10 costs.